FILED '07 JUN 04 PM03:36 USBC-TNC

Official Form 7
(04/07)

# UNITED STATES BANKRUPTCY COURT

_____EASTERN_____ DISTRICT OF __TENNESSEE (CHATTANOOGA)__

In re: __WINPAR HOSPITALITY CHATTANOOGA, LLC__     Case No. __1:07-bk-11908__
         Debtor                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None ■  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

2. **Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

3. **Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| RIVER STREET ARCHITECTURE<br>1604 CARTER STREET<br>SUITE 300<br>CHATTANOOGA, TN 37402 | 4/27/07 | $11,000.00 | $6,120.00 PER WINPAR FINANCIAL STATEMENTS |

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

PLEASE SEE ATTACHED SCHEDULE

4. **Suits and administrative proceedings, executions, garnishments and attachments**

3:15 PM
06/01/07
Accrual Basis

# Win Par Hospitality Chattanooga, LLC

### As of June 1, 2007

Response to #3 c. "Payments to all creditors who were insiders one year prededing the commencement of the case.

| Type | Date | Chk. Num | Name | Memo | Debit | Credit |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 06/27/2006 | 1002 | Partners At Last, LLC | | | 10,500.00 |
| Bill Pmt -Check | 07/26/2006 | 1005 | Partners At Last, LLC | | | 10,500.00 |
| Bill Pmt -Check | 07/28/2006 | 1006 | George Stuart | | | 324.59 |
| Bill Pmt -Check | 07/28/2006 | 1007 | John Haslett | | | 436.08 |
| Check | 08/22/2006 | 1008 | Partners At Last, LLC | Inv #06-0139 | | 10,500.00 |
| Bill Pmt -Check | 11/28/2006 | 1014 | Partners At Last, LLC | | | 10,500.00 |
| Bill Pmt -Check | 12/13/2006 | 1015 | Larrissa Green | | | 427.28 |
| Bill Pmt -Check | 12/13/2006 | 1016 | Partners At Last, LLC | | | 10,500.00 |
| Bill Pmt -Check | 12/14/2006 | 1017 | John Haslett | | | 3,521.16 |
| Bill Pmt -Check | 12/14/2006 | 1018 | Michael O'Sullivan | | | 2,285.53 |
| | | | | Total | | 59,494.64 |

Page 1 of 1

3

None    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*POTENTIAL CLAIMS FROM CONTRACTORS OR VENDORS INCLUDED HEREAS CREDITORS (SCHEDULE F) I HAVE BEEN UNABLE TO VERIFY TO DATE ANY ADDITIONAL INFORMATION.*

5. **Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

6. **Assignments and receiverships**

None   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

 None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

UNAWARE OF ANY PROPERTY IN THE HANDS OF A CUSTODIAN OR RECEIVER.

### 7. Gifts

 None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

 None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

5

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BANK OF AMERICA 390 N. ORANGE AVE ORLANDO, FL 32801 | BUSINESS CHECKING ENDING IN 0861 | $271.33 (LISTED ON SCHEDULE B) 5/21/07 |

## 12. Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

6

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

UNAWARE OF ANY SETOFFS

---

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 20 N. ORANGE AVENUE 14th FLOOR ORLANDO, FL 32801 | WINPAR HOSPITALITY CHATTANOOGA, LLC | 4/06 - 4/07 |

---

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

17. **Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

*NO NOTICES BY A GOVERNMENTAL UNIT HAVE BEEN IDENTIFIED.*

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

*NO RECORD OF ANY NOTICES PROVIDED BY THE DEBTOR.*

None ☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18. **Nature, location and name of business**

None ☒  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*UNKNOWN IF DEBTOR IS A PARTNERSHIP OR CORPORATION*

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| GEORGE SHELDON (NO LONGER AN EMPLOYEE) | 4/06 - APPROXIMATELY 01/07 |

None ☒  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| MIRABILIS VENTURES, INC (MANAGING MEMBER) MIRABILIS IS CURRENTLY LOOKING FOR AND GATHERING INFO. AS A RESULT OF PREVIOUS EMPLOYEES NO LONGER WITH THE COMPANY. | 200 S. ORANGE AVENUE SUITE 200 ORLANDO, FL 32801 |

9

None ☒ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

*UNKNOWN IF STATEMENTS WERE ISSUED, HOWEVER, WE BELIEVE THEY WERE NOT.*

### 20. Inventories

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST * |
|---|---|---|
| MIRABILIS VENTURES, INC. 200 S. ORANGE AVE SUITE 2800 ORLANDO, FL 32801 | MANAGING MEMBER | 100% |

*MIRABILIS IS CONTRACTUALLY COMMITTED TO DISTRIBUTING PROFITS TO: 40% TO PRESIDION SOLUTIONS 40% TO 5 CREDITORS IDENTIFIED ON G/L ATTACHMENT*

> UNKNOWN IF DEBTOR IS A PARTNERSHIP OR CORPORATION.

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

*UNKNOWN IF DEBTOR IS PARTNERSHIP OR CORP.*

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

*ACCORDING TO MY RECORDS, MIRABILIS VENTURES, INC. HAS ALWAYS BEEN MANAGING MEMBER.*

10

*[handwritten: UNKNOWN IF WINPAR IS CORP. OR PARTNERSHIP]*

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

### 23. Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| MIRABILIS VENTURES, INC. (MANAGING MEMBER) | 20-1833196 |

### 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____  Signature _____
                              of Debtor

Date _____  Signature _____
                              of Joint Debtor
                              (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  6/1/07                Signature  /s/ Jay Stollenwerk
                            JAY STOLLENWERK, SECRETARY
                            Print Name and Title    MIRABILIS VENTURES, INC.

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

INFORMATION WITHIN AND ATTACHED TO THESE DOCUMENTS ARE BASED ON RECORDS FROM PREVIOUS OFFICERS, MADE AVAILABLE TO ME. PREVIOUS OFFICERS ARE NO LONGER WITH MIRABILIS VENTURES. MY COMMENCEMENT DATE AS AN OFFICER WAS 3/14/07.

___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

3:15 PM
06/01/07
Accrual Basis

**Win Par Hospitality Chattanooga, LLC**
**General Ledger**
As of June 1, 2007

| | Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Bank of America** | | | | | | | | 0.00 |
| | Check | 04/27/2006 | | Check Order | | | 90.00 | -90.00 |
| | Deposit | 06/15/2006 | | Deposit | Deposit | 1,000.00 | | 910.00 |
| | Bill Pmt -Check | 06/27/2006 | 1001 | Miller & Martin PLLC | | | 5,515.87 | -4,605.87 |
| | Bill Pmt -Check | 06/27/2006 | 1002 | Partners At Last, LLC | | | 10,500.00 | -15,105.87 |
| | Bill Pmt -Check | 06/27/2006 | 1003 | River Street Architecture | | | 9,570.00 | -24,675.87 |
| | Bill Pmt -Check | 06/27/2006 | 1004 | Whitney & Whitney, Inc | | | 8,000.00 | -32,675.87 |
| | Deposit | 06/27/2006 | | Deposit | Deposit | 32,800.00 | | 124.13 |
| | Bill Pmt -Check | 07/26/2006 | 1005 | Partners At Last, LLC | | | 10,500.00 | -10,375.87 |
| | Deposit | 07/26/2006 | | Deposit | Deposit | 10,500.00 | | 124.13 |
| | Bill Pmt -Check | 07/28/2006 | 1006 | George Stuart | | | 324.59 | -200.46 |
| | Bill Pmt -Check | 07/28/2006 | 1007 | John Haslett | | | 436.09 | -636.54 |
| | Deposit | 07/28/2006 | | Deposit | Deposit | 800.00 | | 163.46 |
| | Deposit | 08/22/2006 | | Deposit | Deposit | 10,500.00 | | 10,663.46 |
| | Check | 08/22/2006 | 1008 | Partners At Last, LLC | Inv #06-0139 | | 10,500.00 | 163.46 |
| | Bill Pmt -Check | 09/15/2006 | 1009 | Whitney & Whitney, Inc | | | 26,616.72 | -26,453.26 |
| | Deposit | 09/15/2006 | | Deposit | Deposit | 26,616.72 | | 163.46 |
| | Bill Pmt -Check | 10/04/2006 | 1010 | Florida Department of State | Articles of Amendment | | 25.00 | 138.46 |
| | Bill Pmt -Check | 11/03/2006 | 1012 | River Street Architecture | | | 24,081.16 | -23,942.70 |
| | Deposit | 11/03/2006 | | | Deposit | 24,081.16 | | 138.46 |
| | Deposit | 11/15/2006 | | | Deposit | 15,000.00 | | 15,138.46 |
| | Bill Pmt -Check | 11/15/2006 | 1013 | Whitney & Whitney, Inc | | | 14,752.50 | 385.96 |
| | Deposit | 11/15/2006 | | | Deposit | 500.00 | | 885.96 |
| | Deposit | 11/28/2006 | | | Deposit | 10,500.00 | | 11,385.96 |
| | Bill Pmt -Check | 11/28/2006 | 1014 | Partners At Last, LLC | | | 10,500.00 | 885.96 |
| | Bill Pmt -Check | 12/13/2006 | 1015 | Larrissa Green | | | 427.28 | 458.68 |
| | Bill Pmt -Check | 12/13/2006 | | Partners At Last, LLC | VOID | 0.00 | | 458.68 |
| | Bill Pmt -Check | 12/13/2006 | 1016 | Partners At Last, LLC | | | 10,500.00 | -10,041.32 |
| | Deposit | 12/14/2006 | | | Deposit | 16,400.00 | | 6,358.68 |
| | Bill Pmt -Check | 12/14/2006 | 1017 | John Haslett | | | 3,521.16 | 2,837.52 |
| | Bill Pmt -Check | 12/14/2006 | 1018 | Michael O'Sullivan | | | 2,285.53 | 551.99 |
| **Total Bank of America** | | | | | | 148,697.89 | 148,145.89 | 551.99 |
| **Land - 509 Riverfront Pkwy** | | | | | | | | 0.00 |
| | General Journal | 03/31/2006 | 7 | | Record Purchase of Land | 3,208,533.34 | | 3,208,533.34 |
| | General Journal | 03/31/2006 | 13 | | Assignment Rights | 125,000.00 | | 3,333,533.34 |
| | General Journal | 03/31/2006 | 13 | | Assignment Rights | 120,000.00 | | 3,453,533.34 |
| | General Journal | 03/31/2006 | 13 | | Assignment Rights | 125,000.00 | | 3,578,533.34 |
| | General Journal | 03/31/2006 | 13 | | Assignment Rights | 300,000.00 | | 3,878,533.34 |
| | General Journal | 03/31/2006 | 13 | | Assignment Rights | 500,000.00 | | 4,378,533.34 |
| **Total Land - 509 Riverfront Pkwy** | | | | | | 4,378,533.34 | 0.00 | 4,378,533.34 |
| **Land Development Costs** | | | | | | | | |
| Environmental | | | | | | | | 0.00 |
| | Bill | 10/10/2006 | 22300491 | QORE Property Sciences | Job #053435E | 20,807.63 | | 20,807.63 |
| **Total Environmental** | | | | | | 20,807.63 | 0.00 | 20,807.63 |
| Land Development Costs - Other | | | | | | | | 0.00 |
| | General Journal | 09/30/2006 | 10 | | Reclass Prof fees related to Development | 244,697.86 | | 244,697.86 |
| | General Journal | 09/30/2006 | 11 | Mirabilis | Record ck to Mirabilis fr Pioneer Title 9 27 06 | | 25,000.00 | 219,697.86 |
| | General Journal | 09/30/2006 | 12 | Loeb Group | WinPar Chattanooga Project | 27,002.85 | | 246,900.71 |
| | Bill | 10/23/2006 | 102306 | Baker Donelson | | 1,802.00 | | 248,702.71 |
| | Bill | 11/01/2006 | 110106 | Partners At Last, LLC | | 10,500.00 | | 259,202.71 |
| | Bill | 11/08/2006 | 110806 | Miller & Martin PLLC | | 1,302.94 | | 260,505.65 |
| | Bill | 12/01/2006 | Nov | Partners At Last, LLC | | 10,500.00 | | 271,005.65 |
| | Bill | 12/29/2006 | 122906 | Whitney & Whitney, Inc | Bal on Contract Cameron Harbor | 1,400.00 | | 272,405.65 |
| **Total Land Development Costs - Other** | | | | | | 297,405.65 | 25,000.00 | 272,405.65 |
| **Total Land Development Costs** | | | | | | 318,273.28 | 25,000.00 | 293,273.28 |
| **Deposits** | | | | | | | | 0.00 |
| | General Journal | 03/31/2006 | 7 | | Record Purchase of Land | | 185,000.00 | -185,000.00 |
| | General Journal | 03/31/2006 | 8 | | Record Deposit on Land Purchase | 185,000.00 | | 0.00 |
| **Total Deposits** | | | | | | 185,000.00 | 185,000.00 | 0.00 |
| **Equity Investments** | | | | | | | | 0.00 |
| **Total Equity Investments** | | | | | | | | 0.00 |
| **Accounts Payable** | | | | | | | | 0.00 |
| | Bill | 05/09/2006 | 3474 | River Street Architecture | | | 9,570.00 | -9,570.00 |
| | Bill | 05/11/2006 | 348612 | Miller & Martin PLLC | | | 5,515.87 | -15,085.87 |
| | Bill | 05/11/2006 | | Whitney & Whitney, Inc | | | 8,000.00 | -23,085.87 |
| | Bill | 05/15/2006 | 051506 | Whitney & Whitney, Inc | | | 26,616.72 | -49,702.59 |
| | Bill | 06/05/2006 | 3514 | River Street Architecture | Inv #3514 Cameron Harbor II | | 22,881.79 | -72,584.38 |
| | Bill | 06/09/2006 | 06-0133 | Partners At Last, LLC | | | 10,500.00 | -83,084.38 |
| | Bill Pmt -Check | 06/27/2006 | 1001 | Miller & Martin PLLC | | 5,515.87 | | -77,568.51 |
| | Bill Pmt -Check | 06/27/2006 | 1002 | Partners At Last, LLC | | 10,500.00 | | -67,068.51 |
| | Bill Pmt -Check | 06/27/2006 | 1003 | River Street Architecture | | 9,570.00 | | -57,498.51 |
| | Bill Pmt -Check | 06/27/2006 | 1004 | Whitney & Whitney, Inc | | 8,000.00 | | -49,498.51 |
| | Bill | 07/07/2006 | 06-0138 | Partners At Last, LLC | | | 10,500.00 | -59,998.51 |
| | Bill | 07/12/2006 | 3553 | River Street Architecture | Inv #3553 - Cameron Harbor II | | 6,120.00 | -66,118.51 |
| | Bill | 07/14/2006 | MayExpRep | John Haslett | | | 436.08 | -66,554.59 |
| | Bill | 07/20/2006 | AprExp Report | George Stuart | | | 324.59 | -66,879.18 |
| | Bill | 07/25/2006 | 3558 | River Street Architecture | | | 1,199.37 | -68,078.55 |
| | Bill Pmt -Check | 07/26/2006 | 1005 | Partners At Last, LLC | | 10,500.00 | | -57,578.55 |
| | Bill | 07/28/2006 | May Exp Rep | Nexa | | | 436.08 | -58,014.63 |
| | Bill Pmt -Check | 07/28/2006 | 1006 | George Stuart | | 324.59 | | -57,690.04 |
| | Bill Pmt -Check | 07/28/2006 | 1007 | John Haslett | | 436.08 | | -57,253.96 |
| | Bill | 08/12/2006 | 081206 | Whitney & Whitney, Inc | | | 14,752.50 | -72,006.46 |
| | Bill | 08/31/2006 | Exp-Aug06 | Michael O Sullivan | | | 2,285.53 | -74,291.99 |
| | Bill Pmt -Check | 09/15/2006 | 1009 | Whitney & Whitney, Inc | | 26,616.72 | | -47,675.27 |

3:15 PM
06/01/07
Accrual Basis

# Win Par Hospitality Chattanooga, LLC
## General Ledger
### As of June 1, 2007

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Bill | 09/22/2006 | 18175-0001 | Miller & Martin PLLC | Cameron Square | | 34,672.32 | -82,347.59 |
| Bill | 10/01/2006 | 65903 | City of Chattanooga | Parcel #135N-A-005 | | 5,450.82 | -87,798.41 |
| Bill | 10/04/2006 | 100405 | Florida Department of State | Articles of Amendment | | 25.00 | -87,823.41 |
| Bill Pmt -Check | 10/04/2006 | 1010 | Florida Department of State | Articles of Amendment | 25.00 | | -87,798.41 |
| Bill | 10/05/2006 | 2006065826 | Hamilton County Trustee | Tax Bill #2006065826 | | 7,102.00 | -94,900.41 |
| Bill | 10/10/2006 | 22306491 | QORE Property Sciences | Job#063435E | | 20,807.63 | -115,708.04 |
| Bill | 10/23/2006 | 107306 | Baker Donelson | | | 1,802.00 | -117,510.04 |
| Bill | 10/31/2006 | Jul-Oct06 | John Haslett | | | 3,521.16 | -121,031.20 |
| Bill | 11/01/2006 | 110106 | Partners At Last LLC | | | 10,500.00 | -131,531.20 |
| Bill Pmt -Check | 11/03/2006 | 1012 | River Street Architecture | | 24,081.16 | | -107,450.04 |
| Bill | 11/08/2006 | 110806 | Miller & Martin PLLC | | | 1,362.94 | -108,812.98 |
| Bill Pmt -Check | 11/15/2006 | 1013 | Whitney & Whitney, Inc | | 14,752.50 | | -94,060.48 |
| Bill Pmt -Check | 11/28/2006 | 1014 | Partners At Last, LLC | | 10,500.00 | | -83,560.48 |
| Bill | 12/01/2006 | Nov | Partners At Last, LLC | | | 10,500.00 | -94,060.48 |
| Bill | 12/01/2006 | Oct 2006 | Larrissa Green | | | 427.28 | -94,487.76 |
| Bill Pmt -Check | 12/13/2006 | 1015 | Larrissa Green | | 427.28 | | -94,060.48 |
| Bill Pmt -Check | 12/13/2006 | | Partners At Last, LLC | VOID: | 0.00 | | -94,060.48 |
| Bill Pmt -Check | 12/13/2006 | 1016 | Partners At Last, LLC | | 10,500.00 | | -83,560.48 |
| Bill Pmt -Check | 12/14/2006 | 1017 | John Haslett | | 3,521.16 | | -80,039.32 |
| Bill Pmt -Check | 12/14/2006 | 1018 | Michael O'Sullivan | | 2,285.53 | | -77,753.79 |
| Bill | 12/29/2006 | 122906 | Whitney & Whitney Inc | | | 1,400.00 | -79,153.79 |
| Bill | 01/01/2007 | Jan Fee | Partners At Last, LLC | | | 10,500.00 | -89,653.79 |
| General Journal | 01/02/2007 | ca | AQMI | to record services provided by AQMI for 2006-2007 | | 100,000.00 | -189,653.79 |
| General Journal | 01/09/2007 | ca | Partners At Last LLC | to record that Titanium paid the bill for Win | 10,500.00 | | -179,153.79 |
| Bill | 01/30/2007 | Jan2007 | John Haslett | | | 1,306.01 | -180,459.80 |
| **Total Accounts Payable** | | | | | **148,055.89** | **329,515.69** | **-180,459.80** |

**Related Party Payables**            0.00
  **Due to Leib Group**        0.00

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 09/30/2006 | 12 | Leib Group | WinPar Chattanooga Project | | 27,002.85 | -27,002.85 |
| **Total Due to Leib Group** | | | | | **0.00** | **27,002.85** | **-27,002.85** |

**Due to Mirabilis**      0.00

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 04/10/2006 | 1 | Mirabilis | Due to Mirabilis | | 250.00 | -250.00 |
| General Journal | 04/19/2006 | 2 | Mirabilis | Due to Mirabilis | | 7,350.00 | -7,600.00 |
| General Journal | 04/19/2006 | 3 | Mirabilis | Due to Mirabilis | | 9,720.60 | -17,320.60 |
| General Journal | 04/19/2006 | 4 | Mirabilis | Due to Mirabilis | | 26,190.48 | -43,517.08 |
| General Journal | 04/19/2006 | 5 | Mirabilis | Due to Mirabilis | | 3,147.21 | -46,664.29 |
| General Journal | 04/19/2006 | 6 | Mirabilis | Due to Mirabilis | | 1,200.00 | -47,864.29 |
| Bill | 05/10/2006 | 10656 | Mirabilis | | | 10,500.00 | -58,364.29 |
| Bill | 05/22/2006 | 10633 | Mirabilis | Pioneer Title Company | | 25,000.00 | -83,364.29 |
| Bill | 06/08/2006 | 10706 | Mirabilis | | | 705.00 | -84,069.29 |
| Deposit | 06/15/2006 | | Mirabilis | Deposit | | 1,000.00 | -85,069.29 |
| Deposit | 06/27/2006 | | Mirabilis | Deposit | | 32,800.00 | -117,869.29 |
| Deposit | 07/26/2006 | | Mirabilis | Deposit | | 10,500.00 | -128,369.29 |
| Deposit | 07/28/2006 | | Mirabilis | Deposit | | 800.00 | -129,169.29 |
| Deposit | 08/22/2006 | | Mirabilis | Deposit | | 10,500.00 | -139,669.29 |
| Deposit | 09/15/2006 | 10916 | Mirabilis | Deposit | | 20,616.72 | -160,286.01 |
| General Journal | 09/30/2006 | 11 | Mirabilis | Record ck to Mirabilis fr Pioneer Title 9.27 | 25,000.00 | | -141,286.01 |
| Deposit | 11/03/2006 | 10990 | Mirabilis | Deposit | | 24,081.16 | -165,367.17 |
| Deposit | 11/15/2006 | 11021 | Mirabilis | Deposit | | 15,000.00 | -180,367.17 |
| Deposit | 11/15/2006 | | Mirabilis | Deposit | | 500.00 | -180,867.17 |
| Deposit | 11/28/2006 | 11035 | Mirabilis | Deposit | | 10,500.00 | -191,367.17 |
| Deposit | 12/14/2006 | 11050 | Mirabilis | Deposit | | 16,400.00 | -207,767.17 |
| **Total Due to Mirabilis** | | | | | **25,000.00** | **232,767.17** | **-207,767.17** |

**Due to Nexia**    0.00
**Total Due to Nexia**    0.00

**Related Party Payables - Other**    0.00
**Total Related Party Payables - Other**    0.00

**Total Related Party Payables**    25,000.00    259,770.02    -234,770.02

**Payroll Liabilities**    0.00
**Total Payroll Liabilities**    0.00

**Due to AQMI Strategy, Inc.**    0.00

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 04/27/2007 | ca | River Street Architecture | to record payment made from AQMI to pay off Riverstreet Arc | | 11,800.00 | -11,800.00 |
| **Total Due to AQMI Strategy Inc** | | | | | **0.00** | **11,800.00** | **-11,800.00** |

**Due To Chattanooga Development.**    0.00

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 03/31/2006 | 13 | | Assignment Rights | | 500,000.00 | -500,000.00 |
| **Total Due To Chattanooga Development.** | | | | | **0.00** | **500,000.00** | **-500,000.00** |

**Due to Donald Lee**    0.00

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 03/31/2006 | 13 | | Assignment Rights | | 125,000.00 | -125,000.00 |
| **Total Due to Donald Lee** | | | | | **0.00** | **125,000.00** | **-125,000.00** |

**Due to MRW**    0.00

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 03/31/2006 | 13 | | Assignment Rights | | -125,000.00 | -125,000.00 |
| **Total Due to MRW** | | | | | **0.00** | **-125,000.00** | **-125,000.00** |

**Due to Presidion**    0.00

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 03/31/2006 | 7 | | Record Purchase of Land | | 3,031,287.06 | -3,031,287.06 |
| General Journal | 03/31/2006 | 8 | | Record Deposit on Land Purchase | | 185,000.00 | -3,216,287.06 |
| **Total Due to Presidion** | | | | | **0.00** | **3,216,287.06** | **-3,216,287.06** |

**Due to Sebastian/MRW Mktg**    0.00

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 03/31/2006 | 13 | | Assignment Rights | | 300,000.00 | -300,000.00 |
| **Total Due to Sebastian/MRW Mktg** | | | | | **0.00** | **300,000.00** | **-300,000.00** |

3:15 PM
06/01/07
Accrual Basis

# Win Par Hospitality Chattanooga, LLC
## General Ledger
### As of June 1, 2007

| | Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Due to Titanium Technologies, I** | | | | | | | | 0.00 |
| | General Journal | 01/09/2007 | ca | Partners At Last, LLC | to record that Titanium paid the bill for Win Par on TLA Partne | | 10,500.00 | -10,500.00 |
| Total Due to Titanium Technologies, I | | | | | | 0.00 | 10,500.00 | -10,500.00 |
| **Due to Wakulla Suites, Inc.** | | | | | | | | 0.00 |
| | General Journal | 03/31/2006 | 10 | | Assignment Rights | | 120,000.00 | -120,000.00 |
| Total Due to Wakulla Suites, Inc. | | | | | | 0.00 | 120,000.00 | -120,000.00 |
| **Additional Paid in Capital** | | | | | | | | 0.00 |
| Total Additional Paid in Capital | | | | | | | | 0.00 |
| **Opening Bal Equity** | | | | | | | | 0.00 |
| Total Opening Bal Equity | | | | | | | | 0.00 |
| **Retained Earnings** | | | | | | | | 0.00 |
| | Closing Entry | 12/31/2006 | | | | 27,852.26 | | 27,852.26 |
| Total Retained Earnings | | | | | | 27,852.26 | 0.00 | 27,852.26 |
| **Amortization Expense** | | | | | | | | 0.00 |
| Total Amortization Expense | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 0.00 |
| Total Bank Service Charges | | | | | | | | 0.00 |
| **Cash Discounts** | | | | | | | | 0.00 |
| Total Cash Discounts | | | | | | | | 0.00 |
| **Contributions** | | | | | | | | 0.00 |
| Total Contributions | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 0.00 |
| Total Dues and Subscriptions | | | | | | | | 0.00 |
| **Equipment Rental** | | | | | | | | 0.00 |
| Total Equipment Rental | | | | | | | | 0.00 |
| **Fees** | | | | | | | | 0.00 |
|   Bank Fees | | | | | | | | 0.00 |
|   Total Bank Fees | | | | | | | | 0.00 |
|   Fees - Other | | | | | | | | 0.00 |
|   Total Fees - Other | | | | | | | | 0.00 |
| Total Fees | | | | | | | | 0.00 |
| **Filing Fees** | | | | | | | | 0.00 |
| Total Filing Fees | | | | | | | | 0.00 |
| **Franchise Fees** | | | | | | | | 0.00 |
| Total Franchise Fees | | | | | | | | 0.00 |
| **Insurance** | | | | | | | | 0.00 |
|   Disability Insurance | | | | | | | | 0.00 |
|   Total Disability Insurance | | | | | | | | 0.00 |
|   Errors & Omissions | | | | | | | | 0.00 |
|   Total Errors & Omissions | | | | | | | | 0.00 |
|   Liability Insurance | | | | | | | | 0.00 |
|   Total Liability Insurance | | | | | | | | 0.00 |
|   Insurance - Other | | | | | | | | 0.00 |
|   Total Insurance - Other | | | | | | | | 0.00 |
| Total Insurance | | | | | | | | 0.00 |
| **Interest Expense** | | | | | | | | 0.00 |
|   Finance Charge | | | | | | | | 0.00 |
|   Total Finance Charge | | | | | | | | 0.00 |
|   Loan Interest | | | | | | | | 0.00 |
|   Total Loan Interest | | | | | | | | 0.00 |
|   Mortgage | | | | | | | | 0.00 |
|   Total Mortgage | | | | | | | | 0.00 |
|   Interest Expense - Other | | | | | | | | 0.00 |
|   Total Interest Expense - Other | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| **Licenses and Permits** | | | | | | | | 0.00 |
| Total Licenses and Permits | | | | | | | | 0.00 |

3:15 PM
06/01/07
Accrual Basis

**Win Par Hospitality Chattanooga, LLC**
**General Ledger**
As of June 1, 2007

| | Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| Meals and Entertainment | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| | | | | | | | | |
| Miscellaneous | | | | | | | | 0.00 |
| Total Miscellaneous | | | | | | | | 0.00 |
| | | | | | | | | |
| Payroll Expenses | | | | | | | | 0.00 |
| Total Payroll Expenses | | | | | | | | 0.00 |
| | | | | | | | | |
| Postage and Delivery | | | | | | | | 0.00 |
| Total Postage and Delivery | | | | | | | | 0.00 |
| | | | | | | | | |
| Printing and Reproduction | | | | | | | | 0.00 |
| Total Printing and Reproduction | | | | | | | | 0.00 |
| | | | | | | | | |
| Professional Fees | | | | | | | | 0.00 |
|   Accounting | | | | | | | | 0.00 |
|   Total Accounting | | | | | | | | 0.00 |
| | | | | | | | | |
|   Appraisal | | | | | | | | 0.00 |
|   Total Appraisal | | | | | | | | 0.00 |
| | | | | | | | | |
|   Architect | | | | | | | | 0.00 |
| | General Journal | 04/27/2007 | ca | River Street Architecture | to record payment made from AQMI to pa | 11,800.00 | | 11,800.00 |
|   Total Architect | | | | | | 11,800.00 | 0.00 | 11,800.00 |
| | | | | | | | | |
|   Consulting | | | | | | | | 0.00 |
| | Bill | 01/01/2007 | Jan Fee | Partners At Last LLC | January Fee | 10,500.00 | | 10,500.00 |
| | General Journal | 01/02/2007 | ca | AQMI | to record services provided by AQMI for 2 | 100,000.00 | | 110,500.00 |
|   Total Consulting | | | | | | 110,500.00 | 0.00 | 110,500.00 |
| | | | | | | | | |
|   Engineering | | | | | | | | 0.00 |
|   Total Engineering | | | | | | | | 0.00 |
| | | | | | | | | |
|   Legal Fees | | | | | | | | 0.00 |
|   Total Legal Fees | | | | | | | | 0.00 |
| | | | | | | | | |
|   Professional Fees - Other | | | | | | | | 0.00 |
|   Total Professional Fees - Other | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | 122,300.00 | 0.00 | 122,300.00 |
| | | | | | | | | |
| Rent | | | | | | | | 0.00 |
| Total Rent | | | | | | | | 0.00 |
| | | | | | | | | |
| Repairs | | | | | | | | 0.00 |
|   Building Repairs | | | | | | | | 0.00 |
|   Total Building Repairs | | | | | | | | 0.00 |
| | | | | | | | | |
|   Computer Repairs | | | | | | | | 0.00 |
|   Total Computer Repairs | | | | | | | | 0.00 |
| | | | | | | | | |
|   Equipment Repairs | | | | | | | | 0.00 |
|   Total Equipment Repairs | | | | | | | | 0.00 |
| | | | | | | | | |
|   Repairs - Other | | | | | | | | 0.00 |
|   Total Repairs - Other | | | | | | | | 0.00 |
| Total Repairs | | | | | | | | 0.00 |
| | | | | | | | | |
| Supplies | | | | | | | | 0.00 |
|   Marketing | | | | | | | | 0.00 |
|   Total Marketing | | | | | | | | 0.00 |
| | | | | | | | | |
|   Office | | | | | | | | 0.00 |
|   Total Office | | | | | | | | 0.00 |
| | | | | | | | | |
|   Supplies - Other | | | | | | | | 0.00 |
|   Total Supplies - Other | | | | | | | | 0.00 |
| Total Supplies | | | | | | | | 0.00 |
| | | | | | | | | |
| Taxes | | | | | | | | 0.00 |
|   Federal | | | | | | | | 0.00 |
|   Total Federal | | | | | | | | 0.00 |
| | | | | | | | | |
|   Local | | | | | | | | 0.00 |
|   Total Local | | | | | | | | 0.00 |
| | | | | | | | | |
|   Property | | | | | | | | 0.00 |
|   Total Property | | | | | | | | 0.00 |
| | | | | | | | | |
|   State | | | | | | | | 0.00 |
|   Total State | | | | | | | | 0.00 |
| | | | | | | | | |
|   Taxes - Other | | | | | | | | 0.00 |
|   Total Taxes - Other | | | | | | | | 0.00 |
| Total Taxes | | | | | | | | 0.00 |

3:15 PM
06/01/07
Accrual Basis

Win Par Hospitality Chattanooga, LLC
General Ledger
As of June 1, 2007

| | Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Telephone** | | | | | | | | 0.00 |
| Total Telephone | | | | | | | | 0.00 |
| **Travel** | | | | | | | | 0.00 |
| | Bill | 01/30/2007 | Jan2007 | John Haslett | Chatt Trip - 1/17/07 | 1,306.01 | | 1,306.01 |
| Total Travel | | | | | | 1,306.01 | 0.00 | 1,306.01 |
| **Utilities** | | | | | | | | |
| Gas and Electric | | | | | | | | 0.00 |
| Total Gas and Electric | | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| Water | | | | | | | | 0.00 |
| Total Water | | | | | | | | 0.00 |
| Utilities - Other | | | | | | | | 0.00 |
| Total Utilities - Other | | | | | | | | 0.00 |
| Total Utilities | | | | | | | | 0.00 |
| **From Mirabilis** | | | | | | | | 0.00 |
| Total From Mirabilis | | | | | | | | 0.00 |
| **Other Expenses** | | | | | | | | 0.00 |
| Total Other Expenses | | | | | | | | 0.00 |
| **No acent** | | | | | | | | 0.00 |
| Total no acent | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 5,355,018.66 | 5,355,018.66 | 0.00 |

Page 5 of 5

2:31 PM
06/01/07

# Win Par Hospitality Chattanooga, LLC
## A/P Aging Summary
As of June 1, 2007

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AQMI | 0.00 | 0.00 | 0.00 | 0.00 | 100,000.00 | 100,000.00 |
| Baker Donelson | 0.00 | 0.00 | 0.00 | 0.00 | 1,802.00 | 1,802.00 |
| City of Chattanooga | 0.00 | 0.00 | 0.00 | 0.00 | 5,450.82 | 5,450.82 |
| Hamilton County Trustee | 0.00 | 0.00 | 0.00 | 0.00 | 7,102.00 | 7,102.00 |
| John Haslett | 0.00 | 0.00 | 0.00 | 0.00 | 1,306.01 | 1,306.01 |
| Leib Group | 0.00 | 0.00 | 0.00 | 0.00 | 27,002.85 | 27,002.85 |
| Miller & Martin PLLC | 0.00 | 0.00 | 0.00 | 0.00 | 36,035.26 | 36,035.26 |
| Mirabilis | 0.00 | 0.00 | 0.00 | 0.00 | 207,767.17 | 207,767.17 |
| Nexia | 0.00 | 0.00 | 0.00 | 0.00 | 436.08 | 436.08 |
| QORE Property Sciences | 0.00 | 0.00 | 0.00 | 0.00 | 20,807.63 | 20,807.63 |
| River Street Architecture | 0.00 | 0.00 | 0.00 | 0.00 | 6,120.00 | 6,120.00 |
| Whitney & Whitney, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 415,229.82 | 415,229.82 |

12:46 PM
06/01/07

# Win Par Hospitality Chattanooga, LLC
## A/P Aging Detail
As of June 1, 2007

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Total Current | | | | | | |
| **1 - 30** | | | | | | |
| Total 1 - 30 | | | | | | |
| **31 - 60** | | | | | | |
| Total 31 - 60 | | | | | | |
| **61 - 90** | | | | | | |
| Total 61 - 90 | | | | | | |
| **> 90** | | | | | | |
| General Journal | 4/19/2006 | 1 | Mirabilis | | | 250.00 |
| General Journal | 4/19/2006 | 2 | Mirabilis | | | 7,350.00 |
| General Journal | 4/19/2006 | 3 | Mirabilis | | | 9,720.60 |
| General Journal | 4/19/2006 | 4 | Mirabilis | | | 26,196.48 |
| General Journal | 4/19/2006 | 5 | Mirabilis | | | 3,147.21 |
| General Journal | 4/19/2006 | 6 | Mirabilis | | | 1,200.00 |
| Bill | 5/18/2006 | 10656 | Mirabilis | 5/28/2006 | 369 | 10,500.00 |
| Bill | 5/22/2006 | 10633 | Mirabilis | 6/1/2006 | 365 | 25,000.00 |
| Deposit | 6/15/2006 | | Mirabilis | | | 1,000.00 |
| Bill | 6/8/2006 | 10706 | Mirabilis | 6/18/2006 | 348 | 705.00 |
| Deposit | 6/27/2006 | | Mirabilis | | | 32,800.00 |
| Bill | 7/12/2006 | 3553 | River Street Architecture | 7/22/2006 | 314 | 6,120.00 |
| Deposit | 7/26/2006 | | Mirabilis | | | 10,500.00 |
| Deposit | 7/28/2006 | | Mirabilis | | | 800.00 |
| Bill | 7/28/2006 | May Exp Rep | Nexia | 8/7/2006 | 298 | 436.08 |
| Deposit | 8/22/2006 | | Mirabilis | | | 10,500.00 |
| Deposit | 9/15/2006 | 10916 | Mirabilis | | | 26,616.72 |
| General Journal | 9/30/2006 | 11 | Mirabilis | | | -25,000.00 |
| General Journal | 9/30/2006 | 12 | Leib Group | | | 27,002.85 |
| Bill | 9/22/2006 | 18175-0001 | Miller & Martin PLLC | 10/2/2006 | 242 | 34,672.32 |
| Bill | 10/1/2006 | 65903 | City of Chattanooga | 10/11/2006 | 233 | 5,450.82 |
| Bill | 10/10/2006 | 22306491 | QORE Property Sciences | 10/20/2006 | 224 | 20,807.63 |
| Bill | 10/23/2006 | 102306 | Baker Donelson | 11/2/2006 | 211 | 1,802.00 |
| Deposit | 11/3/2006 | 10990 | Mirabilis | | | 24,081.16 |
| Deposit | 11/15/2006 | 11021 | Mirabilis | | | 15,000.00 |
| Deposit | 11/15/2006 | | Mirabilis | | | 500.00 |
| Bill | 11/8/2006 | 110806 | Miller & Martin PLLC | 11/18/2006 | 195 | 1,362.94 |
| Deposit | 11/28/2006 | 11035 | Mirabilis | | | 10,500.00 |
| Deposit | 12/14/2006 | 11050 | Mirabilis | | | 16,400.00 |
| General Journal | 1/2/2007 | ca | AQMI | | | 100,000.00 |
| Bill | 12/29/2006 | 122906 | Whitney & Whitney, Inc. | 1/8/2007 | 144 | 1,400.00 |
| Bill | 1/30/2007 | Jan2007 | John Haslett | 2/9/2007 | 112 | 1,306.01 |
| Bill | 10/5/2006 | 2006065826 | Hamilton County Trustee | 2/28/2007 | 93 | 7,102.00 |
| Total > 90 | | | | | | 415,229.82 |
| **TOTAL** | | | | | | **415,229.82** |

9:44 AM
06/01/07

# Win Par Hospitality Chattanooga, LLC
## A/R Aging Summary
As of June 1, 2007

|       | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|-------|---------|--------|---------|---------|------|-------|
| TOTAL | 0.00    | 0.00   | 0.00    | 0.00    | 0.00 | 0.00  |