IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION at CHATTANOOGA

In re:

WINPAR HOSPITALITY
CHATTANOOGA, LLC,

      Debtor.

_____/

Case No. 07-11908

Chapter 7

Honorable John C. Cook

**STATEMENT OF ELIZABETH A. GREEN IN SUPPORT OF
MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Elizabeth A. Green, declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge:

1. I am a partner with the law firm of Latham, Shuker, Eden & Beaudine, LLP, which is located at 390 N. Orange Ave., Ste. 600, Orlando, FL 32801; Telephone No. (407) 481-5800; Facsimile No. (407) 481-5801; and my e-mail address is egreen@lseblaw.com.

2. I am an attorney licensed to practice law in the State of Florida and have been a member in good standing of the Florida Bar since 1986.

3. I am also admitted to practice before the United States Bankruptcy Court for the Middle District of Florida; the United States District Court for the Middle District of Florida; and the Eleventh Circuit Court of Appeals.

4. I am in good standing and eligible to practice in all courts to which I am admitted.

                                                        _____
                                                        Elizabeth A. Green, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION at CHATTANOOGA

In re:                                                                  Case No. 07-11908

**WINPAR HOSPITALITY**                                  Chapter 7
**CHATTANOOGA, LLC,**
                                                                           Honorable John C. Cook
          Debtor.
_____/

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing has been served via U.S. First Class Mail with postage paid to: Brian C. Smith, 3908 B Tennessee Ave., Chattanooga, TN 37409 (Debtor's attorney); and the Office of the U.S. Trustee, Historic U.S. Courthouse, 31 E. Eleventh Street, Fourth Floor, Chattanooga, TN 37402 on this ____ day of June 2008.

                                                  Elizabeth A. Green, Esq.