LODGED
JUN 2 0 2008
BY

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION at CHATTANOOGA

| | |
|---|---|
| In re: | Case No. 07-11908 |
| WINPAR HOSPITALITY CHATTANOOGA, LLC, | Chapter 7 |
| | Honorable John C. Cook |
| Debtor. | |

### [PROPOSED] ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ELIZABETH A. GREEN

**UPON** the motion of Elizabeth A. Green, dated June ___, 2008, for admission *pro hac vice* in this case, it is hereby

**ORDERED**, that Elizabeth A. Green is admitted to practice, *pro hac vice* in the above-referenced case, in the United States Bankruptcy Court, Eastern District of Tennessee, Southern Division at Chattanooga.

###

**APPROVED FOR ENTRY:**

Elizabeth A. Green, Esq.
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Ste. 600
Orlando, FL 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Mirabilis Ventures, Inc