SUN-25709 0649-1 ntchrgBK 07-11908
Eastern District of Tennessee
1
United States Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
In the
UNITED STATES BANKRUPTCY COURT

060895  60895 1 AB 0.360  32920  5 3  6258-0-61783

Sebastian
99 Georgia King Blvd.
Cape Canaveral, FL 32920-3321

RECEIVED
JUN 15 2009
U.S. BANKRUPTCY COURT
CHATTANOOGA,
TENNESSEE

NIXIE      327    DE 1         00  06/12/09

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 37402420599       *1974-02193-12-00

FIRST-CLASS MAIL

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

37402@4205

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
WinPar Hospitality Chattanooga, LLC

Case Number: 1:07-bk-11908  
Chapter: 7

Debtor(s)

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held on 6/18/09, at 10:30 AM, in Courtroom A, Third Floor, U. S. Bankruptcy Court, 31 East 11th Street, Chattanooga, TN 37402 on the following:

> *143* – Application for Compensation for Richard P Jahn Jr., Trustee Chapter 7, Period: to, Fee: $197067.61, Expenses: $1512.39. Filed by Trustee Richard P Jahn Jr. Objections due by 06/1/2009. (Attachments: # (1) Proposed Order) (sonnenburg-afs, William)

**Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013-1(f)(4), the objecting party and the moving party are required to attend this hearing. The failure of either the objecting party or the moving party to attend this hearing may be deemed a withdrawal of the motion/objection/application or of the objection thereto, as the case may be.**

Dated: 6/5/09

                                    Danny W. Armstrong  
                                    Clerk of the Bankruptcy Court

                                    By: sjh  
                                        Deputy Clerk