# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: § | | Case No. 07-11908 |
| WINPAR HOSPITALITY § | | |
| CHATTANOOGA, LLC | | |
| § | | |
| Debtor(s) § | | |
| § | | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD P. JAHN, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  | $ |  |
| **TOTAL DISBURSEMENTS** | $ | $ |  | $ |

4) This case was originally filed under chapter   on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RICHARD P. JAHN, JR._____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATLANTIC AMERICAN CAPITAL GROUP, LL |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HAMILTON COUNTY DELINQUENT TAX OFFI | | | | | |
| QORE PROPERTY SCIENCES, INC. | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD P. JAHN, JR | | | | | |
| RICHARD P. JAHN, JR. | | | | | |
| RICHARD P. JAHN, JR | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| UNITED STATES BANKRUPTCY COURT | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE | | | | | |
| TENNESSEE DEPARTMENT OF REVENUE | | | | | |
| TENNESSEE DEPARTMENT OF REVENUE | | | | | |
| TENNESSEE DEPARTMENT OF REVENUE | | | | | |
| TENNESSEE DEPARTMENT OF REVENUE | | | | | |
| TENNESSEE DEPARTMENT OF REVENUE | | | | | |
| FIRST-CHOICE REPORTING SVCS | | | | | |
| RICHARD P. JAHN, JR. | | | | | |
| RICHARD P. JAHN, JR. | | | | | |
| HAZLETT, LEWIS AND BIETER, PLLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AQMI Strategy Corp<br>200 S. Orange Avenue<br>Suite 2800<br>Orlando, FL 32801 | | | | | |
| Baker Donelson, PC<br>1800 Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN 37450 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| City of Chattanooga P.O. Box 191 Chattanooga, TN 37401 | | | | | |
| Hamilton County Trustee P.O. Box 11047 Chattanooga, TN 37401 | | | | | |
| John Haslett 1192 Potomac Drive Merritt Island, FL 32952 | | | | | |
| MRW Mktg. | | | | | |
| Miller & Martin, PLLC 832 Georgia Avenue Suite 1000 Chattanooga, TN 37402 | | | | | |
| Mirabilis Ventures, Inc. 200 S. Orange Avenue Suite 2800 Orlando, FL 32801 | | | | | |
| Nexia Strategy Corp. 200 S. Orange Avenue Suite 200 Orlando, FL 32801 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| QORE Property Sciences P.O. Box 1227 Lawrenceville, GA 30046 | | | | | |
| Titanium Technologies, Inc. 200 S. Orange Avenue Suite 2800 Orlando, FL 32801 | | | | | |
| Whitney & Whitney, Inc. 2876 Anchor Avenue Los Angeles, CA 90064 | | | | | |
| AQMI STRATEGY CORP. | | | | | |
| CHATTANOOGA DEVELOPMENT, LLC | | | | | |
| DONALD A. LEE | | | | | |
| HAMILTON COUNTY HERALD | | | | | |
| MILLER & MARTIN PLLC | | | | | |
| MIRABILIS VENTURES, INC. | | | | | |
| MRW MARKETING, INC. | | | | | |
| NEXIA STRATEGY CORP. | | | | | |
| PRESIDION SOLUTIONS, INC. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RIVER STREET ARCHITECTURE | | | | | |
| TITAMIUM TECHNOLOGIES, INC. | | | | | |
| WAKULLA SUITES, INC. | | | | | |
| WHITNEY & WHITNEY, INC. | | | | | |
| WILLIAM PARSONS | | | | | |
| HAMILTON COUNTY HERALD | | | | | |
| THE LEIB GROUP | | | | | |
| U.S. DEPT. OF TREASURY, IRS-CI | | | | | |
| QORE PROPERTY SCIENCES, INC. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 07-11908 JCC | Judge: JOHN C. COOK | Trustee Name: | RICHARD P. JAHN, JR. |
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC | | Date Filed (f) or Converted (c): | 05/18/07 (f) |
| | | | 341(a) Meeting Date: | 06/15/07 |
| For Period Ending: | 08/12/09 | | Claims Bar Date: | 11/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. REAL PROPERTY | 3,700,000.00 | 7,112,452.88 | | 7,112,452.88 | FA | 2,500,000.00 | 0.00 |
| 2. CASH ON HAND | 271.33 | 271.33 | | 271.33 | FA | 0.00 | 0.00 |
| 3. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 36,365.88 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $3,700,271.33 | $7,112,724.21 | | $7,149,090.09 | Gross Value of Remaining Assets $0.00 | $2,500,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. Lien of $2,500,000 on 509 Riverfront Parkway was disputed but attached to the funds turned over to the United States.

2. The sum of $5,408,727.80 was turned over to the United States pursuant to court order of April 13, 2009.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-11908 -JCC | | Trustee Name: | RICHARD P. JAHN, JR. |
|---|---|---|---|---|
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC | | Bank Name: | Union Bank of California |
| | | | Account Number / CD #: | *******8807  Money Market - Interest Bearing |
| Taxpayer ID No: | *******2569 | | | |
| For Period Ending: | 08/12/09 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

Ver: 14.31c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-11908 -JCC |
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC |
| Taxpayer ID No: | *******2569 |
| For Period Ending: | 08/12/09 |

| | |
|---|---|
| Trustee Name: | RICHARD P. JAHN, JR. |
| Bank Name: | Union Bank of California |
| Account Number / CD #: | *******8815  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/09 | | Transfer from Acct #*******7104 | Bank Funds Transfer | 9999-000 | 199,330.00 | | 199,330.00 |
| 06/18/09 | 001001 | United States Bankruptcy Court Clerk<br>31 East 11th Street<br>Chattanooga, TN 37402 | CLERK OF COURT COSTS | 2700-000 | | 750.00 | 198,580.00 |
| 06/18/09 | 001002 | RICHARD P. JAHN, JR<br>320 McCallie Avenue, #100<br>Chattanooga, TN 37402 | Chapter 7 Compensation/Fees | 2100-000 | | 197,067.61 | 1,512.39 |
| 06/18/09 | 001003 | RICHARD P. JAHN, JR<br>320 McCallie Avenue, #100<br>Chattanooga, TN 37402 | Chapter 7 Expenses | 2200-000 | | 1,512.39 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 199,330.00 | 199,330.00 | 0.00 |
| Less: Bank Transfers/CD's | 199,330.00 | 0.00 | |
| Subtotal | 0.00 | 199,330.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 199,330.00 | |

Page Subtotals      199,330.00      199,330.00

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

FORM 2     Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 07-11908 -JCC | Trustee Name: | RICHARD P. JAHN, JR. |
|---|---|---|---|
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6549 TIP Account |
| Taxpayer ID No: | *******2569 | | |
| For Period Ending: | 08/12/09 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/07 | 2 | BANK OF AMERICA | CHECKING FUNDS | 1129-000 | 271.33 | | 271.33 |
| 06/29/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.02 | | 271.35 |
| 07/31/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.24 | | 271.59 |
| 08/31/07 | 3 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.23 | | 271.82 |
| 09/28/07 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 0.17 | | 271.99 |
| 10/31/07 | 1 | EUGENE H. SCHIMPF III<br>800 MARKET ST, STE 412<br>CHATTANOOGA, TN 37402 | | 1110-000 | 25,000.00 | | 25,271.99 |
| 10/31/07 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 0.17 | | 25,272.16 |
| 11/30/07 | 3 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 11.25 | | 25,283.41 |
| 12/31/07 | 3 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 12.09 | | 25,295.50 |
| 01/31/08 | 3 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 10.02 | | 25,305.52 |
| 02/29/08 | 3 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 6.02 | | 25,311.54 |
| 03/27/08 | 000101 | INTERNATIONAL SURETIES, LTD<br>Suite 420, 701 Poydras Street<br>New Orleans, LA 70139 | TRUSTEE BOND | 2300-000 | | 7.45 | 25,304.09 |
| 03/31/08 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 7.71 | | 25,311.80 |
| 04/02/08 | 1 | STEWART LEGAL TITLE<br>737 MARKET ST, STE 400<br>CHATTANOOGA, TN 37402 | PROPERTY SOLD | 1110-000 | 7,087,452.88 | | 7,112,764.68 |
| 04/07/08 | 000102 | INTERNATIONAL SURETIES, LTD<br>Suite 420, 701 Poydras Street<br>New Orleans, LA 70139 | TRUSTEE BOND | 2300-000 | | 18,000.00 | 7,094,764.68 |
| 04/11/08 | | Transfer to Acct #*******7104 | Bank Funds Transfer | 9999-000 | | 20,000.00 | 7,074,764.68 |
| 04/30/08 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 3,478.59 | | 7,078,243.27 |
| 05/30/08 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 4,496.42 | | 7,082,739.69 |
| 06/05/08 | 000103 | RICHARD P. JAHN, JR., BPR# 1435<br>1200 Mountain Creek Rd, Ste 160 | | 3110-000 | | 34,660.00 | 7,048,079.69 |

Page Subtotals     7,120,747.14     72,667.45

Ver: 14.31c

LFORM24

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-11908 -JCC | Trustee Name: | RICHARD P. JAHN, JR. |
|---|---|---|---|
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6549 TIP Account |
| Taxpayer ID No: | *******2569 | | |
| For Period Ending: | 08/12/09 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chattanooga, TN  37405 | | | | | |
| 06/30/08 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 4,338.52 | | 7,052,418.21 |
| 07/31/08 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 4,480.02 | | 7,056,898.23 |
| 08/29/08 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 4,482.86 | | 7,061,381.09 |
| 09/30/08 | 3 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 4,341.02 | | 7,065,722.11 |
| 10/02/08 | | Transfer to Acct #*******7104 | Bank Funds Transfer | 9999-000 | | 150,000.00 | 6,915,722.11 |
| 10/09/08 | 000104 | RICHARD P. JAHN, JR., BPR# 1435 | | 2100-000 | | 40,000.00 | 6,875,722.11 |
| | | 1200 Mountain Creek Rd, Ste 160 | | | | | |
| | | Chattanooga, TN  37405 | | | | | |
| 10/09/08 | | Transfer to Acct #*******7104 | Bank Funds Transfer | 9999-000 | | 1,256,299.80 | 5,619,422.31 |
| 10/31/08 | 3 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 3,466.78 | | 5,622,889.09 |
| 11/28/08 | 3 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 2,350.55 | | 5,625,239.64 |
| 12/31/08 | 3 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 1,457.03 | | 5,626,696.67 |
| 01/28/09 | 000105 | RICHARD P. JAHN, JR., BPR# 1435 | ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 10,000.00 | 5,616,696.67 |
| | | 1200 Mountain Creek Rd, Ste 160 | Trustee Firm | | | | |
| | | Chattanooga, TN  37405 | | | | | |
| 01/30/09 | 3 | BANK OF AMERICA | Interest Rate 0.070 | 1270-000 | 334.45 | | 5,617,031.12 |
| 02/10/09 | 000106 | Hazlett, Lewis and Bieter, PLLC | INTERIM FEES AND EXPENSES | 3410-000 | | 18,479.23 | 5,598,551.89 |
| | | 537 Market Street | | | | | |
| | | Chattanooga, TN 37402 | | | | | |
| 02/27/09 | 3 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 653.73 | | 5,599,205.62 |
| 03/16/09 | 000107 | INTERNATIONAL SURETIES, LTD | TRUSTEE BOND | 2300-000 | | 4,651.18 | 5,594,554.44 |
| | | Suite 420, 701 Poydras Street | 03/15/09 - 03/15/10 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/09 | 3 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 1,426.12 | | 5,595,980.56 |
| 04/23/09 | 3 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1,011.87 | | 5,596,992.43 |
| 04/23/09 | | Transfer to Acct #*******7104 | Final Posting Transfer | 9999-000 | | 5,596,992.43 | 0.00 |

Page Subtotals          28,342.95          7,076,422.64

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 14)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-11908 -JCC |
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC |
| Taxpayer ID No: | *******2569 |
| For Period Ending: | 08/12/09 |

| | |
|---|---|
| Trustee Name: | RICHARD P. JAHN, JR. |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6549  TIP Account |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,149,090.09 | 7,149,090.09 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,023,292.23 | |
| Subtotal | 7,149,090.09 | 125,797.86 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,149,090.09 | 125,797.86 | |

Page Subtotals    0.00    0.00

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 15)*

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-11908 -JCC | | Trustee Name: | RICHARD P. JAHN, JR. |
|---|---|---|---|---|
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7104 Checking - Non Interest |
| Taxpayer ID No: | *******2569 | | | |
| For Period Ending: | 08/12/09 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/08 | | Transfer from Acct #*******6549 | Bank Funds Transfer | 9999-000 | 20,000.00 | | 20,000.00 |
| 04/11/08 | 001001 | Tennessee Department of Revenue Andrew Jackson State Office Bldg. 500 Deaderick Street Nashville, TN 37242 | 2007 F&E 20-3962569 | 2820-000 | | 11,000.00 | 9,000.00 |
| 04/11/08 | 001002 | Tennessee Department of Revenue Andrew Jackson State Office Bldg. 500 Deaderick Street Nashville, TN 37242 | 2008 F&E 20-3962569 | 2820-000 | | 3,000.00 | 6,000.00 |
| 06/05/08 | 001003 | Qore Property Sciences, Inc. 4291 Highway 58, Suite 101 Chattanooga, TN 37416-3355 | (9-1) Materialman"s, mechanics" and furnisher"s lien on Property recorded in Hamilton County Register"s Office at GI Book 8282, Pg. 288. | 7990-000 | | 2,106.98 | 3,893.02 |
| 07/18/08 | 001004 | FIRST-CHOICE REPORTING SVCS 121 S ORANGE AVE ORLANDO, FL 32801 | | 2990-000 | | 787.71 | 3,105.31 |
| 10/02/08 | | Transfer from Acct #*******6549 | Bank Funds Transfer | 9999-000 | 150,000.00 | | 153,105.31 |
| 10/02/08 | 001005 | Tennessee Department of Revenue Andrew Jackson State Office Bldg. 500 Deaderick Street Nashville, TN 37242 | 2006 F&E 20-3962569 | 2820-000 | | 11,815.00 | 141,290.31 |
| 10/02/08 | 001006 | Tennessee Department of Revenue Andrew Jackson State Office Bldg. 500 Deaderick Street Nashville, TN 37242 | 2007 F&E 20-3962569 | 2820-000 | | 1,439.00 | 139,851.31 |
| 10/02/08 | 001007 | Tennessee Department of Revenue Andrew Jackson State Office Bldg. 500 Deaderick Street Nashville, TN 37242 | 2008 F&E 20-3962569 | 2820-000 | | 132,143.00 | 7,708.31 |
| 10/09/08 | | Transfer from Acct #*******6549 | Bank Funds Transfer | 9999-000 | 1,256,299.80 | | 1,264,008.11 |

Page Subtotals 1,426,299.80 162,291.69

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 07-11908 -JCC | | Trustee Name: | RICHARD P. JAHN, JR. |
| --- | --- | --- | --- | --- |
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7104 Checking - Non Interest |
| Taxpayer ID No: | *******2569 | | | |
| For Period Ending: | 08/12/09 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/09/08 | 001008 | Miller & Martin PLLC<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402 | DIVIDEND PAID | 7100-000 | | 34,699.31 | 1,229,308.80 |
| 10/09/08 | 001009 | William Parsons<br>c/o Grant, Konvalinka &<br>  Harrison, PC Trust Account<br>633 Chestnut Street, 9th Floor<br>Chattanooga, TN 37450 | DIVIDEND PAID | 7100-000 | | 14,174.48 | 1,215,134.32 |
| 10/09/08 | 001010 | Chattanooga Development, LLC<br>c/o Grant, Konvalinka &<br>  Harrison, PC Trust Account<br>633 Chestnut Street, 9th Floor<br>Chattanooga, TN 37450 | DIVIDEND PAID | 7100-000 | | 400,000.00 | 815,134.32 |
| 10/09/08 | 001011 | Donald A. Lee<br>c/o Grant, Konvalinka &<br>  Harrison, PC Trust Account<br>633 Chestnut Street, 9th Floor<br>Chattanooga, TN 37450 | DIVIDEND PAID | 7100-000 | | 460,000.00 | 355,134.32 |
| 10/09/08 | 001012 | Wakulla Suites, Inc.<br>c/o Grant, Konvalinka &<br>  Harrison, PC Trust Account<br>633 Chestnut Street, 9th Floor<br>Chattanooga, TN 37450 | DIVIDEND PAID | 7100-000 | | 96,000.00 | 259,134.32 |
| 10/09/08 | 001013 | MRW Marketing, Inc.<br>c/o Grant, Konvalinka &<br>  Harrison, PC Trust Account<br>633 Chestnut Street, 9th Floor<br>Chattanooga, TN 37450 | DIVIDEND PAID | 7100-000 | | 240,000.00 | 19,134.32 |
| 10/09/08 | 001014 | River Street Architecture<br>837 Fort Wood Street | DIVIDEND PAID | 7100-000 | | 9,600.00 | 9,534.32 |

Page Subtotals          0.00        1,254,473.79

Ver: 14.31c

FORM 2                  Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| Case No: | 07-11908 -JCC | | Trustee Name: | RICHARD P. JAHN, JR. |
|---|---|---|---|---|
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******7104 Checking - Non Interest |
| Taxpayer ID No: | *******2569 | | | |
| For Period Ending: | 08/12/09 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chattanooga, TN 37403 | | | | | |
| 10/09/08 | 001015 | Whitney & Whitney, Inc.<br>2876 Anchor Avenue<br>Los Angeles, CA 90064 | DIVIDEND PAID | 7100-000 | | 1,120.00 | 8,414.32 |
| 10/09/08 | 001016 | Hamilton County Herald<br>735 Broad Street, Suite 1000<br>Chattanooga, TN 37402 | DIVIDEND PAID | 7100-000 | | 636.00 | 7,778.32 |
| 10/29/08 | 001017 | Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg.<br>500 Dearderick Street<br>Nashville, TN 37242 | 2008 F&E 20-3962569 | 2820-000 | | 906.95 | 6,871.37 |
| 03/30/09 | | Global Surety, LLC<br>One Shell Square<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | REFUND<br>Bond Refund | 1221-000 | 4,194.00 | | 11,065.37 |
| 04/23/09 | | Transfer from Acct #*******6549 | Transfer In From MMA Account | 9999-000 | 5,596,992.43 | | 5,608,057.80 |
| 04/23/09 | 001018 | U.S. Dept. of Treasury, IRS-CI<br>501 W. Church Street<br>Suite 300<br>Orlando, FL 32805 | Turnover of Funds per Order | 7300-000 | | 5,408,727.80 | 199,330.00 |
| 06/01/09 | | Transfer to Acct #*******8815 | Bank Funds Transfer | 9999-000 | | 199,330.00 | 0.00 |

                                     Page Subtotals    5,601,186.43    5,610,720.75

Ver: 14.31c

Page: 9

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-11908 -JCC |
| Case Name: | WINPAR HOSPITALITY CHATTANOOGA, LLC |
| Taxpayer ID No: | *******2569 |
| For Period Ending: | 08/12/09 |

| | |
|---|---|
| Trustee Name: | RICHARD P. JAHN, JR. |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7104  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,027,486.23 | 7,027,486.23 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 7,023,292.23 | 199,330.00 | |
| | | | Subtotal | | 4,194.00 | 6,828,156.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,194.00 | 6,828,156.23 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********8807 | 0.00 | 0.00 | 0.00 |
| Checking - Non Interest - ********8815 | 0.00 | 199,330.00 | 0.00 |
| TIP Account - ********6549 | 7,149,090.09 | 125,797.86 | 0.00 |
| Checking - Non Interest - ********7104 | 4,194.00 | 6,828,156.23 | 0.00 |
| | 7,153,284.09 | 7,153,284.09 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 14.31c